ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ILLBRUCK, INC. | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 01-309 DWF/AJB |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| TECNIFOAM, INC., and | ) | |
| KARL REUTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED TO by the parties, acting through their duly authorized counsel of record, that defendants Tecnifoam, Inc. and Karl Reuter may have until and including March 20, 2001 in which to answer or otherwise to respond to the Complaint in the above action.

FAEGRE & BENSON LLP

By ______________________
Calvin L. Litsey(153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendants
Tecniforam, Inc. and Karl Reuter

MERCHANT & GOULD P.C.

By ______________________
Albert L. Underhill (11740)
John M. Berns (298219)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Attorneys for Plaintiff Illbruck, Inc.

FILED MAR 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

The foregoing Stipulation is approved and IT IS HEREBY ORDERED THAT defendants Tecnifoam, Inc. and Karl Reuter may have until March 20, 2001 in which to answer or otherwise to respond to the Complaint in the above action.

Dated: 3/14/01

ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE

M2:20374517.01