IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ORIGINAL

| | |
|---|---|
| ILLBRUCK, INC.<br><br>Plaintiff,<br><br>v.<br><br>TECNIFOAM, INC., and<br>KARL REUTER,<br><br>Defendants. | Civil Action No.<br>01-309 DWF/AJB<br><br>**STIPULATION AND ORDER** |

The parties are continuing to engage in settlement negotiations relating to the above action. Accordingly,

IT IS HEREBY STIPULATED AND AGREED TO by the parties, acting through their duly authorized counsel of record, that defendants Tecnifoam, Inc. and Karl Reuter may have until and including May 8, 2001 in which to answer or otherwise to respond to the Complaint in the above action.

FAEGRE & BENSON LLP

By ______________________
Calvin L. Litsey(153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendants
Tecnifoam, Inc. and Karl Reuter

MERCHANT & GOULD P.C.

By ______________________
Albert L. Underhill (11740)
John M. Berns (298219)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

Attorneys for Plaintiff Illbruck, Inc.

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

The foregoing Stipulation is approved and IT IS HEREBY ORDERED THAT defendants Tecnifoam, Inc. and Karl Reuter may have until May 8, 2001 in which to answer or otherwise to respond to the Complaint in the above action.

Dated: 5/3/01

ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE

M2:20384748.01