ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ILLBRUCK, INC.<br><br>Plaintiff,<br><br>v.<br><br>TECNIFOAM, INC., and<br>KARL REUTER,<br><br>Defendants. | Civil Action No.<br>01-309-DWF/AJB<br><br>**CONSENT JUDGMENT** |

The parties have agreed to settle this matter and have entered into a Settlement Agreement which sets forth the terms by which this matter will be resolved. Under the Settlement Agreement, the parties have stipulated to the entry of the following injunctive relief against defendants, without any admission or finding of liability.

**Order for Judgment**

IT IS ORDERED THAT:

1. Defendants Tecnifoam and Karl Reuter or their successors in interest and assigns and their respective officers, employees, and all those persons in active concert or participation with such persons, be and hereby are permanently enjoined, effective as of the date hereof, from making, importing, selling, offering for sale, exporting, or advertising any products having the design shown in the attached Exhibit 1 regardless of the color or material from which the products are made or any other product having a design identical or confusingly similar thereto anywhere in the United States during such time period as plaintiff Illbruck maintains valid trademark and/or trade dress rights in such design in the United States.

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 09 2001
DEPUTY CLERK'S INITIALS ______

2. Plaintiff's claims, including any and all claims which could have arisen out of the facts concerning the dispute, are hereby dismissed with prejudice.

3. The Court shall maintain personal jurisdiction over the parties for the purposes of enforcing this Final Judgment.

**SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date July 9, 2001

United States District Judge

**Consent**

Each party, by and through their respective counsel, represent that they fully understand the meaning and content of this Consent Judgment and hereby accept and agree to the terms of the foregoing judgment.

ILLBRUCK, INC.
Through it's Attorneys

July 6, 2001
Date

Albert L. Underhill 11740
John M. Berns 298219
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

TECNIFOAM, Inc., and
KARL REUTER
Through Their Attorneys,

June 27, 2001
Date

Calvin L. Litsey 153746
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

K:\CLIENTS\03\03633\47usza\Pleadings\Consent Judgment 2.doc

[redacted]